1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE EASTERN DISTRICT OF CALIFORNIA

8

UNITED STATES OF AMERICA,                )        Case №: 1:14-cr-00141-LJO-BAM
                                          )
9          Plaintiff,                     )        **O R D E R**
                                          )        **APPOINTING COUNSEL**
10         vs.                            )
                                          )
11  JUVENTINO GALINDO, JR.,               )
                                          )
12         Defendant.                     )
                                          )

13

14        The above named Defendant has, under oath, sworn or affirmed as to his financial

15  inability to employ counsel or has otherwise satisfied this Court that he is financially unable to

16  obtain counsel and wishes counsel be appointed to represent him.  Therefore, in the interests of

17  justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

18        IT IS HEREBY ORDERED that Adilene Flores-Estrada be appointed to represent the

19
20  above defendant in this case effective *nunc pro tunc* to April 25, 2022, in place of the Federal

21  Defender.

22        This appointment shall remain in effect until further order of this court.

23
24  IT IS SO ORDERED.

25        Dated:  __**April 28, 2022**__              __/s/ *Barbara A. McAuliffe*__
                                                      UNITED STATES MAGISTRATE JUDGE
26
27
28

-1-