Adilene Flores Estrada # 318690
Law Office of Adilene Flores Estrada
2014 Tulare Street, Suite 210
Fresno, CA, 93721
Telephone: ((209) 843-0090
Adilene@adilenefloreslaw.com

Attorney for JUVENTINO GALINDO JR.

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JUVENTINO GALINDO JR.,<br><br>　　　　　Defendant. | Case No.: 1:14-cr-00141-LJO-BAM-4<br><br>**RELEASE ORDER**<br><br>Hearing Date:  June 17, 2022<br>Hearing Time:  9:00 am |

　　　On June 17, 2022, Mr. Juventino Galindo Jr. (JID: 1072509), was sentenced by the Honorable Jennifer L. Thurston, United States District Judge, Eastern District of California, to participate in the Teen Challenge Program. Consequently, as of June 17, 2022, and anytime thereafter, a Representative of Teen Challenge, *Douglas Ghan ( DOB: 02/27/1941),* can take custody of Mr. Juventino Galindo Jr. to transport him to the Teen Challenge campus in Reedley, CA.

### **ORDER**

　　　IT IS SO ORDERED, that MR. JUVENTINO GALINDO JR. be released to a Teen Challenge agent, Mr. Douglas Ghan, on Monday, June 20, 2022 at 8:00am.

IT IS SO ORDERED.

　Dated:　**June 17, 2022**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

(1)